560

*Carl J. Smulek,* appellant, in propria persona.

*James E. O'Brien,* Assistant District Attorney, and *Joseph J. Cimino,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 23, 1969:
Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.

Ecker Petitions.

Argued April 30, 1969.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert J. Gillespie,* with him *Bruce S. Miller,* for appellant.

*Howard A. Berman,* for appellee.

OPINION PER CURIAM, May 2, 1969:
Order affirmed.

Commonwealth *v.* Goodwyn, Appellant.

Submitted April 21, 1969. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Joshua Goodwyn,* appellant, in propria persona.

*Howard T. Gathright,* Assistant District Attorney, and *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 28, 1969:
Order affirmed.
Mr. Justice COHEN took no part in the consideration or decision of this case.

Commonwealth to use of Jones, Appellant, *v.* Lennox.

Argued May 2, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.